IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M&J MANAGEMENT, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:10-CV-30038-KPN |
| ) | |
| CLARENDON NATIONAL ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant, ) | |

**ORDER GRANTING PLAINTIFF M&J MANAGEMENT, INC.'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT CLARENDON NATIONAL INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

After considering Plaintiff M&J Management, Inc.'s Motion for Leave to File Reply to Defendant Clarendon National Insurance Company's Opposition to Plaintiff's Motion for Leave to File First Amended Complaint and Demand for Jury Trial and the response, The Court GRANTS the Motion and allows the reply pleading, which must be filed within ~~two (2)~~ Five (5) business days of the date of this Order.

SIGNED on this the 30th day of September 2010.

_____
JUDGE PRESIDING